```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     WESTERN DIVISION
```

BOBBY A. TROTTER, #L4136                                  PLAINTIFF

VS.                      CIVIL ACTION NO. 5:15-cv-34(DCB)(MTP)

HEAD WARDEN FRANK SHAW,
WARDEN WALKER, and
MANAGEMENT TRAINING
CORPORATION                                              DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation **(docket entry 25)**, to which no objection has been made by the plaintiff.  In his Report and Recommendation, Magistrate Judge Parker finds that the plaintiff has failed to exhaust his administrative remedies.  The magistrate judge further finds that the defendants' motion for summary judgment should be granted, that the plaintiff's motion for summary judgment should be denied, and that this action should be dismissed without prejudice.  This Court adopts Magistrate Judge Parker's Report and Recommendation.  Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Michael T. Parker's Report and Recommendation **(docket entry 25)** is ADOPTED as the findings and conclusions of this Court;

FURTHER ORDERED that the motion for summary judgment **(docket entry 18)** filed by Head Warden Frank Shaw, Warden Walker, and Management and Training Corporation is GRANTED;

FURTHER ORDERED that the motion for summary judgment (docket entry 22) filed by the plaintiff Bobby A. Trotter is DENIED;

A separate Final Judgment shall issue dismissing this action without prejudice.

SO ORDERED, this the 23rd day of March, 2016.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE